UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | 05CR10221RCL |
| v. | Criminal No. |
| ROBERT HUNT, | 21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base |
| Defendant. | |
| | 21 U.S.C. §853 -- Criminal Forfeiture |

### INDICTMENT

**COUNT ONE:** (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)

The Grand Jury charges that:

On or about July 27, 2005, at Brockton, in the District of Massachusetts,

**ROBERT HUNT,**

defendant herein, did knowingly and intentionally possess with intent to distribute, and distribute, a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further charges that the transaction described herein involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section

841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT TWO</u>:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
            Base)

The Grand Jury further charges that:

On or about July 29, 2005, at Brockton, in the District of Massachusetts,

**ROBERT HUNT**,

defendant herein, did knowingly and intentionally possess with intent to distribute, and distribute, a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further charges that the transaction described herein involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE:** (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)

The Grand Jury further charges that:

On or about August 10, 2005, at Brockton, in the District of Massachusetts,

**ROBERT HUNT,**

defendant herein, did knowingly and intentionally possess with intent to distribute, and distribute, a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further charges that the transaction described herein involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

The Grand Jury further charges that:

1.  As a result of the offenses alleged in Counts One through Three of this Indictment,

**ROBERT HUNT,**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or shall forfeit to the United States any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses, including, but not limited to, the following:

  (a) One Blue 1999 Ford Expedition, VIN# 1FMPU18L9XLB24120, Massachusetts license plate 12MH20, registered in the name of Nakia Hunt (the "Ford Expedition").

2.  If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendant --

  (a) cannot be located upon the exercise of due diligence;

  (b) has been transferred or sold to, or deposited with, a third party;

  (c) has been placed beyond the jurisdiction of the Court;

  (d) has been substantially diminished in value; or

  (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21,

5

United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

*/s/ Carol Theluslean*

Foreperson of the Grand Jury


*/s/ Cynthia*

Cynthia W. Lie

Assistant United States Attorney


DISTRICT OF MASSACHUSETTS:            August 24, 2005


Returned into the District Court by the Grand Jurors and filed.

*/s/ Thomas F. Quinn*

Deputy Clerk   8/24/05 @ 2:55pm

JS 45 (5/97) - (Revised USAO MA 6/29/04)

05 CR 10221 RCL

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:** Brockton  **Category No.** II  **Investigating Agency** ATF

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. _____  **Case No.** tba
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** ROBERT HUNT    Juvenile ☐ Yes ☒ No

**Alias Name** _____

**Address** 115 Colonel Bell Drive, Apt. 15, Brockton, MA

**Birth date (Year only):** 75  **SSN (last 4 #):** 3367  **Sex** M  **Race:** _____  **Nationality:** _____

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Cynthia Lie  **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No  **List language and/or dialect:** _____

**Matter to be SEALED:** ☒ Yes ☐ No

☒ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 8/22/05  **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk) **05 CR 10221 RCL**

Name of Defendant    ROBERT HUNT

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 841 | Distribution of Cocaine Base | 1 |
| Set 2  21 USC 841 | Distribution of Cocaine Base | 2 |
| Set 3  21 USC 841 | Distribution of Cocaine Base | 3 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: