✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ROBERT HUNT

**EXHIBIT AND WITNESS LIST**

Case Number:  05-CR-10221-RCL

| PRESIDING JUDGE COLLINGS | | GOVERNMENT'S ATTORNEY LIE | | DEFENDANT'S ATTORNEY KAMHOLTZ | |
|---|---|---|---|---|---|
| TRIAL DATE (S) DETENTION HRG - 8/30/2005 | | COURT REPORTER DIGITAL | | COURTROOM DEPUTY NOREEN A. RUSSO | |

| Gov't NO. | Def. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/30/2005 | X | X | LAB REPORT |
| 2 | | 8/30/2005 | X | X | SUPERIOR COURT RECORDS |
| 3 | | 8/30/2005 | X | X | NORTHHAMPTON DISTRICT COURT RECORDS |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | WITNESS ONE: SPECIAL AGENT ATF ROBERT WHITE |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.