UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 05-CR-10221 (RCL) |
| v. | ) | |
| | ) | 21 U.S.C. § 841(a)(1)-- |
| ROBERT HUNT, | ) | Distribution of |
| Defendant. | ) | Cocaine Base |
| | ) | |
| | ) | 21 U.S.C. §853-- |
| | ) | Criminal Forfeiture |

## JOINT STATUS REPORT

In accordance with LR 116.5(A), the parties hereby jointly file the following status report in this matter.

1. <u>Local Rule 116.3 Timing Requirements</u>

At this time the parties are not seeking relief from the timing requirements imposed by L.R. 116.3.

2. <u>Expert Discovery</u>

Should the case proceed to trial, the government expects to call an expert witness as to the drugs in the case and will provide defense with these materials 30 days prior to trial and defendant will provide any expert materials 14 days before trial.

3. <u>Additional Discovery</u>

All Rule 16 and automatic discovery materials have been provided to defendant's counsel or made available for counsel's review, except defendant intends to file a request for the identity of the cooperating witness.

1


10/11/05
N. Russo
Deputy Clerk

4. <u>Motion Date</u>

The defendant requests an interim status conference approximately 60 days from today and to set motion dates at that time. The government consents to this request.

5. <u>Speedy Trial Act Calculations</u>

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and jointly submit that the following periods are excludable:

8/30/05-10/11/05    Motion pending

The parties are requesting that the time between the filing of this status report and the date of the Final Status Conference be excluded from all Speedy Trial Act calculations in the interests of justice to allow the parties to discuss the possibility of a resolution of this case without trial.

As of the Final Status Conference, 0 days will have been counted and 70 days will remain under the Speedy Trial Act.

6. <u>Anticipated Trial</u>

At this time, the parties cannot say yet whether a trial is anticipated.

7. <u>Final Status Conference</u>

The defendant requests an interim status conference be set 60 days from today, or as soon thereafter as is convenient for the Court. The government consents to this request.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ *signature*
CYNTHIA W. LIE
Assistant U.S. Attorney
One Courthouse Way
Boston, MA
(617) 748-3183

Dated: October 11, 2005

/s/ *signature*
MATTHEW A. KAMHOLTZ
125 Summer Street; 6th Floor
Boston, MA 02110

Dated: October 11, 2005