# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

        v.               CRIMINAL NO. 2005-10221-RCL

ROBERT HUNT,
        Defendant.

## *REPORT AFTER*
## *INITIAL STATUS CONFERENCE*
## *<u>PURSUANT TO LOCAL RULE 116.5(A)</u>*

COLLINGS, U.S.M.J.

    An Initial Status Conference was held on October 11, 2005; counsel for the defendant was present.

    The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)    No.

(2)    The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant ***not less than forty-five (45) working days before trial;*** the defendant shall comply with his reciprocal obligations respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed.

R. Crim. P., *not less than twenty-one (21) working days before trial.*

(3)     None.

(4)     Any non-discovery type motions shall be filed *on or before the close of business on Friday, December 9, 2005;* the Government shall file its response/opposition within the time provided in the Local Rules.

(5)     *See* Order of Excludable Delay entered this date.

(6)     It is unknown whether a trial will be necessary; a trial would last five days.

(7)     The Final Status Conference is set for *Wednesday, December 14, 2005 at 2:30 P.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)     *See* ¶¶ (1)-(4), *supra.*

(2)     It does not.

(3)     None.

(4)     *See* Order of Excludable Delay entered this date.

(5)     Not applicable.

*/s/ Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

October 11, 2005.