# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

      v.                       CRIMINAL NO. 2005-10221-RCL

ROBERT HUNT,
         Defendant.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

8/24/2005 - Indictment returned.

8/26/2005 - Initial Appearance

8/26 - 8/30/2005 -     Government's Motion for Detention - filing to hearing.

8/30/2005 - Arraignment

8/30 - 9/26/2005 - Excluded as per L.R. 112.2(A)(2)

10/11/2005- Conference held.

10/12 - 12/9/2005 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of December 9, 2005, FOURTEEN (14) non-excludable days will have occurred leaving FIFTY-SIX (56) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

October 11, 2005.