# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                             CRIMINAL NO. 2005-10221-RCL

ROBERT HUNT,
       Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

12/14/2005 - Conference held.

Thus, as of December 14, 2005, EIGHTEEN (18) non-excludable days have occurred leaving FIFTY-TWO (52) days left to commence trial so as to be within the seventy-day period for trial set by statute.

                                              /s/ Robert B. Collings
                                              ROBERT B. COLLINGS

December 19, 2005                      United States Magistrate Judge