✎AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

**APPEARANCE**

Case Number: 05-1022-RCL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     the United States

I certify that I am admitted to practice in this court.

| | |
|---|---|
| May 17, 2006 | /s/ James Lang |
| Date | Signature |
| | James Lang |
| | Print Name              Bar Number |
| | U.S. Attorney's Office, One Courthouse Way |
| | Address |
| | Boston      MA    02210 |
| | City          State        Zip Code |
| | 617-748-3175     617-748-3954 |
| | Phone Number            Fax Number |