# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**UNITED STATES**

          V.                          CASE NO. <u>05-10221-RCL</u>

**ROBERT HUNT**

## NOTICE OF APPEAL

Notice is hereby given that <u>ROBERT HUNT</u> above named, hereby appeals from the <u>JUDGMENT</u> entered in the above entitled action on <u>8/29/06</u>.

By the Court,

8/29/06

/s/ Elizabeth Smith

_____

Date

_____

Deputy Clerk

(Notice of Appeal.wpd - 12/98)