*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 05-cr-10221

United States of America

v.

Robert Hunt

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-5, 7-26

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/29/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 31, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9-5-6 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 06-2394

- 3/06