

U.S. Department of Justice

Federal Bureau of Prisons

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

October 5, 2006

The Honorable Reginald C. Lindsay
Judge of the U.S. District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

**Re: HUNT, Robert**
    Reg. No. 25773-038
    Docket No. 1:05CR10221-001-RCL

Dear Judge Lindsay:

   This is in response to the Court's recommendation that Robert Hunt serve his term of confinement at the Devens Federal Medical Center in Ayer, Massachusetts. The Court also recommended he participate in the Residential Drug Abuse Program (RDAP). Mr. Hunt was recently sentenced in your court to a 120-month term for Possession with Intent to Distribute a Controlled Substance.

   Unfortunately, we were unable to follow the Court's recommendations. Mr. Hunt has been classified as a medium security level offender. The facility recommended by the Court houses low security level offenders. Accordingly, Mr. Hunt has been designated to the Allenwood medium security level facility in White Deer, Pennsylvania. Although the RDAP is not available at this facility, staff will work closely with Mr. Hunt and encourage him to participate in a variety of substance abuse education and counseling programs offered at the facility. Should Mr. Hunt become eligible for transfer, he will be considered for a facility which offers the RDAP, if determined eligible under the established program criteria.

    Although we were unable to follow the Court's recommendations in this case, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

                                        Sincerely,

                                        Rebecca Tamez
                                        Chief

fbk
cc:  Warden, FCI Allenwood (Medium)