```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,    )
                             )
            v.               )    Criminal No. 05-10221-RCL
ROBERT HUNT,                 )
            Defendant.       )
```

**UNITED STATES' MOTION
FOR FINAL ORDER OF FORFEITURE**

The United States, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves that this Court issue a Final Order of Forfeiture in the above-captioned case pursuant to 21 U.S.C. § 853. A proposed Final Order of Forfeiture is submitted herewith. In support thereof, the United States sets forth the following:

1. On August 24, 2005, a federal grand jury sitting in the District of Massachusetts returned a three-count Indictment (the "Indictment") charging Defendant Robert Hunt (the "Defendant") with Distribution of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1).

2. The Indictment sought the forfeiture, as a result of committing one or more of the offenses alleged in Counts One through Three of the Indictment, of any and all property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as a result of such offenses; and/or property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations, pursuant to 21 U.S.C. § 853.  Such property includes, but is not

limited to, the following:

> One Blue 1999 Ford Expedition, VIN# 1FMPU18L9XLB24120, Massachusetts license plate 12MH20, registered in the name of Nakia Hunt (the "Ford Expedition").

3. On May 22, 2006, the Defendant pled guilty to Counts One through Three of the Indictment. At the hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the United States provided the Court with a basis for the forfeiture of the Ford Expedition, and the Court advised the Defendant of the applicable forfeitures.

4. On July 31, 2006, this Court issued a Preliminary Order of Forfeiture, forfeiting the Defendant's interest in the Ford Expedition.

5. Notice of the Preliminary Order of Forfeiture was sent to all interested parties and published in the <u>Boston Herald</u> on November 3, 2006, November 10, 2006, and November 17, 2006.

6. No claim of interest in the Ford Expedition has been filed with the Court or served on the United States Attorney's Office, and the time within which to do so expired on December 18, 2006.

WHEREFORE, the United States respectfully moves that this Court enter a Final Order of Forfeiture against the Ford Expedition in the form submitted herewith.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney,
>
> /s/Eugenia M. Carris
> EUGENIA M. CARRIS
> Assistant U.S. Attorneys
> United States Courthouse
> Suite 9200
> 1 Courthouse Way
> Boston, MA 02210
> (617) 748-3100

Date:  January 12, 2007

## CERTIFICATE OF SERVICE

I, Eugenia M. Carris, Assistant U.S. Attorney, hereby certify that the foregoing Motion of the United States for Final Order of Forfeiture, as well as the proposed Final Order of Forfeiture, was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

> /s/Eugenia M. Carris
> EUGENIA M. CARRIS
> Assistant U.S. Attorney

Date:  January 12, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,     )
                              )
          v.                  )    Criminal No. 05-10221-RCL
                              )
ROBERT HUNT,                  )
          Defendant.          )
```

**FINAL ORDER OF FORFEITURE**

**LINDSAY, D.J.**

WHEREAS, on August 24, 2005, a federal grand jury sitting in the District of Massachusetts returned a three-count Indictment ("the Indictment) charging Defendant Robert Hunt (the "Defendant") for Distribution of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) (Counts One through Three);

WHEREAS, the Indictment sought the forfeiture, as a result of committing one or more of the offenses alleged in Counts One through Three of the Indictment, of any and all property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations, pursuant to 21 U.S.C. § 853, including but not limited to the following:

> One Blue 1999 Ford Expedition, VIN# 1FMPU18L9XLB24120, Massachusetts license plate 12MH20, registered in the name of Nakia Hunt (the "Ford Expedition");

WHEREAS, on May 22, 2006, the Defendant pled guilty to Counts One through Three of the Indictment;

WHEREAS, the hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the United States provided the Court with a basis for the forfeiture, and the Court advised the Defendant of the applicable forfeitures;

WHEREAS, on July 31, 2006, this Court issued a Preliminary Order of Forfeiture, forfeiting the Defendant's interest in the Ford Expedition;

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published in the Boston Herald on November 3, 2006, November 10, 2006, and November 17, 2006; and

WHEREAS, no petitions or claims of interest in the Ford Expedition have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so expired on December 18, 2006.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title, or interest in the Ford Expedition, and the Ford Expedition is hereby forfeited to the United States of America pursuant to the provisions of 21 U.S.C. § 853.

3. Any parties having any right, title or interest in the Ford Expedition is hereby held in default.

    4.    The United States is hereby authorized to dispose of the Properties in accordance with applicable law.

                                               _____
                                               REGINALD C. LINDSAY
                                               United States District Judge

Date: