Robert Hunt No. 25773-038
FCI Allenwood Medium
P.O.Box 2000
White Deer, Pa 17887

FILED
IN CLERKS OFFICE

2007 SEP 14  P 12: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

September 11, 2007

To: United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Ma 02210

Re: Criminal Docket For Case

Docket No.: 1: 05 Cr- 10221-001-RCL

Dear Clerk:

My name is Robert Hunt. I would appreciate it if you can forward me a print out copy of my criminal Docket for CAse listed above. I need be furnished with said document si I can review the motions that were filed by my attorney in the case.

I thank you in advance for time and attention.

Very truly yours,

Robert Hunt.

*[signature]*