# United States Court of Appeals
## For the First Circuit

No. 06-2294

UNITED STATES OF AMERICA,

Appellee,

v.

ROBERT HUNT,

Defendant, Appellant.

## JUDGMENT

Entered: September 17, 2007

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is affirmed.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, **Clerk**

*[signature]*
Deputy Clerk

Date: OCT 09 2007

By the Court:

*[signature]*

[cc: Ms. Lie, Mr. Lang, Ms. Chaitowitz, & Mr. Kamholtz.]